| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Traffic Las Plazas, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  Traffic  DBA  Traffic Shoe  DBA  Traffic Shoes |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 66-0726918 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **10701 NW 127 St**  **Medley, FL 33178**  Number, Street, City, State & ZIP Code  **Miami-Dade**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **Various retail stores located in Puerto Rico**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Traffic Las Plazas, Inc.**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**　　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__4482__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **Southern District of Florida** | **1/04/16** | **16-10061-RAM** |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | **Goodman and Dominguez, Inc.** | | Relationship | **Affiliate** |
| | District **Southern District of Florida** | When **6/09/17** | Case number, if known | **17-17237-AJC** |

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 2

Debtor  **Traffic Las Plazas, Inc.**            Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Traffic Las Plazas, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 9, 2017**
MM / DD / YYYY

**X /s/ David Goodman**                              **David Goodman**
Signature of authorized representative of debtor      Printed name

Title **Sole Director**

**18. Signature of attorney**

**X /s/ Joshua W. Dobin**                            Date **June 9, 2017**
Signature of attorney for debtor                      MM / DD / YYYY

**Joshua W. Dobin**
Printed name

**Meland Russin & Budwick, P.A.**
Firm name

**200 South Biscayne Boulevard**
**Suite 3200**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone **(305) 358-6363**    Email address

**93696**
Bar number and State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

## United States Bankruptcy Court
### Southern District of Florida

In re  **Traffic Las Plazas, Inc.**                                                                              Case No.
                                                    Debtor(s)                                              Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, **David Goodman**, declare under penalty of perjury that I am the **Sole Director** of **Traffic Las Plazas, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 9th day of June, 2017.

   "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that **David Goodman**, **Sole Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

   Be It Further Resolved, that **David Goodman**, **Sole Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

   Be It Further Resolved, that **David Goodman, Sole Director** of this Corporation is authorized and directed to employ Joshua W. Dobin 93696, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date  June 9, 2017                                                                Signed  **/s/David Goodman**
                                                                                                                  **David Goodman**

Resolution of Board of Directors
of
**Traffic Las Plazas, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goodman**, **Sole Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Goodman**, **Sole Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goodman**, **Sole Director** of this Corporation is authorized and directed to employ Joshua W. Dobin 93696, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.

Date  June 9, 2017                              Signed  /s/David Goodman
                                                        **David Goodman**

Fill in this information to identify the case:

Debtor name: **Traffic Las Plazas, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DDR Del Sol LLC SE** **P.O. Box 536789** **Atlanta, GA 30353** | | **Store 57 - Plaza del Sol: Lease commerical space at 725 W. Main Ave Space # 1505 Bayamon, PR 00961, term expires 06/30/2019** | **Unliquidated** | | | $6,473.39 |
| **Puerto Rico Treasury Dept. Departamento de Hacienda PO Box 9024140 San Juan, PR 00902-4140** | | **Sales Tax** | | | | $21,826.41 |

```
DDR Del Sol LLC SE
P.O. Box 536789
Atlanta, GA 30353


Goodman and Dominguez, Inc.
10701 NW 127 St
Medley, FL 33178


Puerto Rico Treasury Dept.
Departamento de Hacienda
PO Box 9024140
San Juan, PR 00902-4140


Ddr Del Sol LLC SE
Attn: Executive Vice President
3300 Enterprise Parkway
Beachwood, OH 44122


DDR Del Sol LLC SE
Attn: Executive Vice President Leasing
3300 Enterprise Parkway
Beachwood, OH 44122


DDR Del Sol LLC SE
DEPT 318337-20072-36340
PO Box 536789
Atlanta, GA 30359-6789


Developers Diversified Realty Corp
Attn: General Counsel
3300 Enterprise Parkway
Beachwood, OH 44122


Empresas Puertorriquenas De Desarrollo
304 Ponce de Leon Avenue
Suite 1100
Hato Rey, PR 00918


Empresas Puertorriquenas De Desarrollo
P.O. Box 366006
Hato Rey, PR 00936


David Goodman
10701 NW 127 St
Medley, FL 33178
```